## Mongin v. Harrison.

1. The act of the 1st February, 1839, "To abolish imprisonment for debt," does not discharge the obligors from liability upon a bond for the liberty of the prison bounds, where a breach had occurred previous to the passage of the act.

This is an action of debt brought by the obligee against one of the obligors of a bond given under the statute, to enable an imprisoned [debtor to have the liberty of the prison bounds. The bond is described as executed on the 6th October, 1837.— The breach of the condition of the bond by making, an escape, is alledged to have been made on the 7th October, 1837. The declaration is in the usual form, and judgment was rendered on demurrer in favor of the plaintiff. The defendant prosecutes this writ of error, and assigns the judgment on demurrer, as error in the Circuit Court.

R. D. THORINGTON, for the plaintiff.
DARGAN, for the defendant.

GOLDTHWAITE, J.—The counsel for the plaintiff in error, contends that the right of action on this bond was destroyed by the act of 1st February, 1839, abolishing imprisonment for debt. It is very clear that that statute has no operation whatever, on the right of the obligee, or the remedy sought to be enforced by this action. The breach of the bond occurred previous to the enactment of the statute, and there is not a clause in it which authorizes a supposition that the Legislature intended to attempt to legislate away any vested and complete right of action.

Let the judgment be affirmed.